## Frank Burley et al., Plaintiffs in Error, v. Royal League, Defendant in Error.

## Gen. No. 15,906.

APPEALS AND ERRORS—*when affirmance by operation of law.* If one justice does not participate and the other two cannot agree the judgment will stand affirmed in the Appellate Court by operation of law.

Error to the Circuit Court of Cook county; the HON. JOHN GIBBONS, Judge, presiding. Heard in this court at the October term, 1909. Affirmed. Opinion filed December 21, 1911.

KRETZINGER, ROONEY & KRETZINGER, for plaintiffs in error.

MANN & MILLER and ARTHUR J. DONOVAN, for defendant in error.

One of the justices of this court not being able to take part in the consideration of this case, and the other justices not being able to agree, the judgment of the Circuit Court is affirmed by operation of law.

*Affirmed.*